# Exhibit 2

Method Claim: 1

| US11736499 | Fortra Alertlogic MDR ("The accused instrumentality") |
|---|---|
| 1. A method for detecting injection exploits in a networked computing environment, the method comprising: | The accused instrumentality practices a method for detecting injection exploits (e.g., SQL injection) in a networked computing environment (e.g., web-applications, etc.).<br><br>As shown below, the accused instrumentality is a threat detection system that uses machine learning, cloud-based analytics to detect threats such as SQL injection. When a request passes through the web application, the accused instrumentality inspects the traffic to detect malicious SQL code embedded in user inputs.<br><br><br><br>https://www.alertlogic.com/managed-services/managed-detection-and-response/ |

| | |
|---|---|
| | **Proven MDR Solutions**<br>Cybercriminals are more successful at exploiting security vulnerabilities than ever. To combat this challenge, an effective MDR solution must stay one step ahead. That's why comprehensive prevention and detection is at the heart of Alert Logic's MDR solution. With Alert Logic MDR, you can expect:<br>‣ Proactive threat hunting to stay ahead of evolving risks<br>‣ Cyber-risk experts delivering in-depth threat insights and analysis<br>‣ Rapid threat detection and automated, immediate response<br>https://www.alertlogic.com/managed-services/managed-detection-and-response/ |

| | |
|---|---|
| | **What Is Fortra's Managed Detection and Response Solution?**<br><br>Fortra's Alert Logic provides unrivaled security for any environment with our continuous, around-the-clock threat detection and security expertise. Our adaptable MDR solution meets each customer's unique security and compliance needs whether in a public cloud, hybrid, or on-premises environment. With more than 20 years of experience delivering measurable service value, Alert Logic delivers a personalized MDR experience and works with each customer, being especially adept at partnering with those who have budget restrictions, complex IT environments, and recognized internal skill gaps.<br>https://www.fortra.com/services/managed-security-services/mdr<br><br>Alert Logic<br>Managed Detection and Response<br>SIGN IN CREATE A TICKET<br>Alert Logic Support Center / Feature Education / General<br>Search the Support Center<br>**Articles in this section**<br>About the Alert Logic Status Page<br>Agent Container for AWS Deployments<br>Alert Logic and Diffie-Hellman<br>Alert Logic Cloud Defender Role-Based Permissions<br>Alert Logic Console Domain and URL Consolidation<br><br>**How Cloud Defender's Machine Learning Improves Web Detection**<br>FOLLOW<br>Alert Logic® Cloud Defender™ uses machine learning to achieve high accuracy in detecting multi-stage SQL-injection (SQLi) attacks on web applications.<br>A typical SQLi attack is performed through repeated trial and error by the attacker and can cover a long period of time. From a detection perspective, this creates a lot of noise and makes it difficult to identify successful attacks using traditional methods. With Cloud Defender's machine learning capability, successful attacks are identified with 97% accuracy, providing you with confidence in incident creation.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

# Alert Logic Cloud Defender 101

Alert Logic Cloud Defender is a fully managed cloud-based suite of security and compliance solutions for hybrid IT infrastructure delivered as-a-service. Cloud Defender bundles and delivers Alert Logic products, services, and features into one package.




https://legacy.docs.alertlogic.com/products101/cloud-defender-101.htm

| | |
|---|---|
| | **Alert Logic Threat Detection for Web Applications**<br>FOLLOW<br>With the rapid rise of web application attacks, which are now the number one source of data breaches, securing web applications is a challenge. Alert Logic® is invested in continuously improving our ability to detect these types of attacks with high confidence to help you address this challenge.<br>To provide effective detection of these complex attacks, Alert Logic invests in three main capabilities for Alert Logic Cloud Defender™.<br>• Detecting attacks against known vulnerabilities through our network intrusion detection system (IDS)<br>• Inspecting HTTP requests and responses to provide deep HTTP inspection with anomaly detection<br>• Detecting multi-stage SQL-injection (SQLi) attacks using machine learning<br>https://support.alertlogic.com/hc/en-us/articles/115002765023-Alert-Logic-Threat-Detection-for-Web-Applications<br>**Why We Focus on SQL-Injection Attacks**<br>SQLi is an exploit in which the attacker adds unexpected Structured Query Language (SQL) code to an input parameter of a web request, such as through a web form box intended for users to input search terms. The goal of this exploit is to gain unauthorized access to the application's database, where data may be exfiltrated or changed.<br>These attacks are relatively easy for attackers to perform due to the ease of attack and abundance of sample exploits and tools. This makes them one of the most prevalent and successful forms of web application attacks. Further, detection of SQLi attacks is extremely noisy, so it is easy to miss successful attacks and hard to identify an attacker's goal. When an attack is successful, attackers have immediate access to potentially sensitive data in your application all at once.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **How Our Machine Learning Works**<br><br>Machine learning is a discipline that enables computers to learn without being programmed. It leverages large volumes of data to help the computers understand patterns and make decisions. Alert Logic leverages a machine learning technique called supervised learning to add value to the Cloud Defender service. We use the following process to leverage machine learning techniques at Alert Logic.<br><br>1. Our data scientists curate and label the high volume of security data and machine telemetry that we collect from our customers. This serves as training data for the machine learning algorithms to produce high confidence security outcomes.<br><br>2. Our cloud-based application security experts and SOC analysts guide the data scientists and help confirm and improve the findings.<br><br>3. Our production engineering team develops scalable, production-quality detection for the techniques that our data scientists develop.<br><br>4. We have a continuous feedback loop with our SOC team that evaluates and improves our algorithms on an ongoing basis.<br><br>Each part of our supervised machine learning is closely linked. Collecting high-quality, consistent data is critical. If the data is noisy, the system will train incorrectly and produce bad results. Once the algorithm is trained, the real-world data is measured and collected using own sensors in customer environments.<br><br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **What Data We Use**<br>The data used to train our machine learning is collected using our network intrusion detection capability that is part of your subscription. The detection algorithm runs daily against a multi-petabyte dataset aggregated across thousands of customers. It includes not only that day's network data, but also many weeks before that. Our training data spans weeks from each breach and contains activity from several stages, including reconnaissance, command & control, and database enumerations, allowing it to identify attacks over time.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection<br><br>**How You Get the Results of Machine Learning**<br>Since Cloud Defender's machine learning is part of a managed service, every potential attack that is identified is verified by an Alert Logic security analyst. When a true positive is identified, customers are alerted to an incident in the Alert Logic console, as well as being notified by phone, text, or email, depending on the customer's contact preferences. With this alert method, you can quickly take actions to remediate and prevent damage caused by attackers.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **WordPress wp-db.php SQL Injection Attack**<br>FOLLOW<br>A SQL injection (SQLi) vulnerability in wp-includes/query.php in WordPress 2.3.1 and earlier versions allows remote attackers to execute arbitrary SQL commands via the s parameter.<br>**Exploitation**<br><br><br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack |
| using a collector server, monitoring web applications that are executing and detecting when an execution function is received over a network and invoked, where | The accused instrumentality practices using a collector server (e.g., Alertlogic Agent), monitoring web applications (e.g., monitoring incoming web traffic, etc.) that are executing and detecting when an execution function (e.g., malicious SQL queries) is received over a network and invoked, where an execution function (e.g., malicious SQL queries) is a function that accepts external free-form data values (e.g., user input from external sources such as attackers, etc.).<br><br>As shown below, the accused instrumentality is a threat detection system that uses machine learning, cloud-based analytics to detect threats such as SQL injection. When a request passes through the web application, the accused instrumentality inspects the network traffic to detect malicious SQL code embedded in user inputs. It utilizes agents to collect incoming |

| | |
|---|---|
| an execution function is a function that accepts external free-form data values;<br><br>**Col 22: lines 37-40**<br><br>*In many embodiments of the invention, a threat detection and response system (such as using a collector server) monitors the invocation of execution functions in web applications to detect exploits.*<br><br>**Col 22: lines 43-46**<br><br>*Usually, execution functions involve accepting user input or an* | traffic from web applications. Further, it analyses requests that contain free-form external data, such as user input in form fields.<br>**Alert Logic Cloud Defender 101**<br><br>Alert Logic Cloud Defender is a fully managed cloud-based suite of security and compliance solutions for hybrid IT infrastructure delivered as-a-service. Cloud Defender bundles and delivers Alert Logic products, services, and features into one package.<br>https://legacy.docs.alertlogic.com/products101/cloud-defender-101.htm<br><br>**How Our Machine Learning Works**<br><br>Machine learning is a discipline that enables computers to learn without being programmed. It leverages large volumes of data to help the computers understand patterns and make decisions. Alert Logic leverages a machine learning technique called supervised learning to add value to the Cloud Defender service. We use the following process to leverage machine learning techniques at Alert Logic.<br><br>1. Our data scientists curate and label the high volume of security data and machine telemetry that we collect from our customers. This serves as training data for the machine learning algorithms to produce high confidence security outcomes.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection<br><br>**What Data We Use**<br><br>The data used to train our machine learning is collected using our network intrusion detection capability that is part of your subscription. The detection algorithm runs daily against a multi-petabyte dataset aggregated across thousands of customers. It includes not only that day's network data, but also many weeks before that. Our training data spans weeks from each breach and contains activity from several stages, including reconnaissance, command & control, and database enumerations, allowing it to identify attacks over time.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

<table>
<tr>
<td>external request, as exploits are typically introduced to a system through user input or external request/input.<br><br>Col 23: lines 41-48<br>The process continues to determine whether the suspicious behavior is due to external inputs. In various embodiments of the invention, different mechanisms may be utilized to determine if the behavior is due to external inputs (e.g., user input or other input providing values external to the system</td>
<td>

https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf<br><br>

https://support.alertlogic.com/hc/en-us/articles/115003528927-Do-I-need-an-Alert-Logic-appliance-to-collect-threat-traffic</td>
</tr>
</table>

| | |
|---|---|
| *through a method that accepts external input such as but not limited to GET, POST, lambda functions, uploaded file, etc.).*<br><br>Col 23: lines 61-64<br><br>*In the case of the SQL injection attack, malicious SQL statements are inserted into an entry field for execution to perform the malicious activity* *such as to dump the database contents etc. to the attacker.* | **Assign Protected Hosts to an Appliance in the Same Location**<br><br>Assigning Protected Hosts to an IDS appliance that is in a separate geographic location is problematic. The role of an agent is to duplicate traffic it collects from a host and send a copy of that traffic to the IDS appliance. The appliance will then analyze the traffic locally, and for any portion of the traffic that matches a signature from our database, it will create an event. These events get transported to the Alert Logic backend.<br>https://support.alertlogic.com/hc/en-us/articles/360031230712-Configuring-Intrusion-Detection-Systems<br><br>Alert Logic utilizes agents within our network intrusion detection system (IDS) and log management services as the means of collecting host information from our customers and clients. The agents copy only the necessary information and send it back to Alert Logic for analysis. In the simplest terms, agents are the means that our network IDS and log management services use to collect data and logs about network activity taking place within your protected environments.<br><br>The network IDS aspect of the agent binds to the network interface of the machine on which the agent has been installed and collects copies of the network traffic sent to and from the host.<br><br>The log management aspect of the agent collects logs from host machines where the agent is installed. It is integral to the usefulness of both services that agents are installed on your host machines. Without agents, you are potentially limiting Alert Logic's view into your cloud environment.<br>https://support.alertlogic.com/hc/en-us/articles/219982268-How-the-Alert-Logic-Agent-Works<br><br>**Install the Alert Logic Agent**<br><br>FOLLOW<br><br>Alert Logic® provides you with an agent that gathers data - such as log messages, network traffic, metadata, and host identification information - that we need to collect for analysis of your environments. You are required to download the agent and deploy it to each host you want to be monitored or to collect log messages. Alert Logic provides agents for Windows and Linux hosts.<br>https://support.alertlogic.com/hc/en-us/articles/360035875892-Install-the-Alert-Logic-Agent |

| | |
|---|---|
| | **Why We Focus on SQL-Injection Attacks**<br><br>SQLi is an exploit in which the attacker adds unexpected Structured Query Language (SQL) code to an input parameter of a web request, such as through a web form box intended for users to input search terms. The goal of this exploit is to gain unauthorized access to the application's database, where data may be exfiltrated or changed.<br><br>These attacks are relatively easy for attackers to perform due to the ease of attack and abundance of sample exploits and tools. This makes them one of the most prevalent and successful forms of web application attacks. Further, detection of SQLi attacks is extremely noisy, so it is easy to miss successful attacks and hard to identify an attacker's goal. When an attack is successful, attackers have immediate access to potentially sensitive data in your application all at once.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection<br><br>**WordPress wp-db.php SQL Injection Attack**<br><br>FOLLOW<br><br>A SQL injection (SQLi) vulnerability in wp-includes/query.php in WordPress 2.3.1 and earlier versions allows remote attackers to execute arbitrary SQL commands via the s parameter.<br><br>**Exploitation**<br><br><br><br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack |

| | |
|---|---|
| | **Stages**<br><br>1. The attacker sends a series of requests to the web application running the vulnerable MySQL server that are exploitable to SQLi.<br>2. The malicious SQLi is inserted into a query and run against the database.<br>3. The vulnerable web application returns a password hash or other information to the attacker.<br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack<br><br>• **It is not transactional data:** Transactional data is generated by the various applications supporting the business's day-to-day processes of selling and buying. While this information is recorded and stored, transactional data is not used on a regular basis.<br>• **It is not unstructured data:** Freeform or **unstructured data** is neither organized nor formatted. Freeform data consists of unstructured text, numbers, dates, and basically any data that isn't formatted/transformed to work with the organization's system. Unstructured data can include the written content of web pages or documents, emails, surveys, journal articles, marketing research, etc.<br>https://www.dataversity.net/master-data-vs-reference-data/ |
| detecting malicious code by:<br><br>generating a model of legitimate behavior subsequent to | The accused instrumentality practices detecting malicious code (e.g., malicious SQL queries) by generating a model of legitimate behavior (e.g., normal user behavior, etc.) subsequent to invocation of the execution function (e.g., malicious SQL query).<br><br>As shown below, the accused instrumentality is a threat detection system that uses machine learning, cloud-based analytics to detect threats such as SQL injection. When a request passes through the web application, the accused instrumentality inspects the network traffic to detect malicious SQL code embedded in user inputs. It utilizes agents to collect incoming traffic from web applications. Further, it analyses requests that contain free-form external |

| | |
|---|---|
| invocation of the execution function; | data, such as user input in form fields. The accused instrumentality learns user behavior wherein the incoming network traffic is monitored against normal user behaviour, pattern, etc. When the invoked execution function deviates from normal behaviour, the accused instrumentality identifies the request as a threat.<br><br>Alert Logic Managed Detection and Response<br>SIGN IN CREATE A TICKET<br>Alert Logic Support Center / Feature Education / General<br>Search the Support Center<br>Articles in this section<br>About the Alert Logic Status Page<br>Agent Container for AWS Deployments<br>Alert Logic and Diffie-Hellman<br>Alert Logic Cloud Defender Role-Based Permissions<br>Alert Logic Console Domain and URL Consolidation<br>How Cloud Defender's Machine Learning Improves Web Detection<br>FOLLOW<br>Alert Logic® Cloud Defender™ uses machine learning to achieve high accuracy in detecting multi-stage SQL-injection (SQLi) attacks on web applications.<br>A typical SQLi attack is performed through repeated trial and error by the attacker and can cover a long period of time. From a detection perspective, this creates a lot of noise and makes it difficult to identify successful attacks using traditional methods. With Cloud Defender's machine learning capability, successful attacks are identified with 97% accuracy, providing you with confidence in incident creation.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |




https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf

# About security content

Security value starts with the data that Alert Logic can collect in your environment. For more information on configuring data collection for you environment, see Get Started with Alert Logic Deployments.

Security content is the rule-based, anomaly detection, and machine-learning processing that Alert Logic performs on the activity and logs collected from your environment. The first stage of the security analytics pipeline is either parsing (for log telemetry) or IDS signature matching (for network traffic telemetry). For more information on the first stage of processing for each telemetry type, see Log telemetry security content: log parsers or Network IDS telemetry security content: IDS signatures.

https://docs.alertlogic.com/analyze/threat-intelligence-center.htm

| | |
|---|---|
| | **Network IDS telemetry security content: IDS signatures**<br><br>Network traffic is the machine-to-machine activity to and from your environment, and it is monitored by the Network IDS appliance. Network activity, unlike log messages, is governed by internet standards, including TCP/IP, HTTP, HTTPS, DNS, and many others. Therefore, suspicious activity can be identified by looking for patterns in the traffic, commonly known as "signature" network patterns. IDS signatures recognize a specific type of activity to generate events. Analytics can evaluate these events to generate incidents and observations.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm<br><br>**Analysis of security content: analytics**<br><br>An Alert Logic analytic refers to content that uses telemetry data derived from parsed logs or IDS signatures to evaluate activity to generate incidents or observations. An analytic can help detect one or more specific threats, and threats can require one or more analytics to detect.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm |

| | |
|---|---|
| | **Alert Logic Threat Detection for Web Applications**<br>FOLLOW<br><br>With the rapid rise of web application attacks, which are now the number one source of data breaches, securing web applications is a challenge. Alert Logic® is invested in continuously improving our ability to detect these types of attacks with high confidence to help you address this challenge.<br><br>To provide effective detection of these complex attacks, Alert Logic invests in three main capabilities for Alert Logic Cloud Defender™.<br><br>• Detecting attacks against known vulnerabilities through our network intrusion detection system (IDS)<br>• Inspecting HTTP requests and responses to provide deep HTTP inspection with anomaly detection<br>• Detecting multi-stage SQL-injection (SQLi) attacks using machine learning<br><br>https://support.alertlogic.com/hc/en-us/articles/115002765023-Alert-Logic-Threat-Detection-for-Web-Applications<br><br>**Why We Focus on SQL-Injection Attacks**<br><br>SQLi is an exploit in which the attacker adds unexpected Structured Query Language (SQL) code to an input parameter of a web request, such as through a web form box intended for users to input search terms. The goal of this exploit is to gain unauthorized access to the application's database, where data may be exfiltrated or changed.<br><br>These attacks are relatively easy for attackers to perform due to the ease of attack and abundance of sample exploits and tools. This makes them one of the most prevalent and successful forms of web application attacks. Further, detection of SQLi attacks is extremely noisy, so it is easy to miss successful attacks and hard to identify an attacker's goal. When an attack is successful, attackers have immediate access to potentially sensitive data in your application all at once.<br><br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **How Our Machine Learning Works**<br><br>Machine learning is a discipline that enables computers to learn without being programmed. It leverages large volumes of data to help the computers understand patterns and make decisions. Alert Logic leverages a machine learning technique called supervised learning to add value to the Cloud Defender service. We use the following process to leverage machine learning techniques at Alert Logic.<br><br>1. Our data scientists curate and label the high volume of security data and machine telemetry that we collect from our customers. This serves as training data for the machine learning algorithms to produce high confidence security outcomes.<br><br>2. Our cloud-based application security experts and SOC analysts guide the data scientists and help confirm and improve the findings.<br><br>3. Our production engineering team develops scalable, production-quality detection for the techniques that our data scientists develop.<br><br>4. We have a continuous feedback loop with our SOC team that evaluates and improves our algorithms on an ongoing basis.<br><br>Each part of our supervised machine learning is closely linked. Collecting high-quality, consistent data is critical. If the data is noisy, the system will train incorrectly and produce bad results. Once the algorithm is trained, the real-world data is measured and collected using own sensors in customer environments.<br><br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

<table>
<tr><td></td><td>

**What Data We Use**

The data used to train our machine learning is collected using our network intrusion detection capability that is part of your subscription. The detection algorithm runs daily against a multi-petabyte dataset aggregated across thousands of customers. It includes not only that day's network data, but also many weeks before that. Our training data spans weeks from each breach and contains activity from several stages, including reconnaissance, command & control, and database enumerations, allowing it to identify attacks over time.

https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection

**Identifying Insider Threats**

**Monitoring Interactions with Data**

Continuously monitoring insider communications and how they interact with data can help spot insider threats. Insiders often exhibit a change of normal patterns in relation to communicating and data interaction once they become a threat. Monitoring interactions identifies behavioral red flags in specific users. For instance, a user who suddenly shows interest in company financial data but works in the HR department can be an indicator of an insider threat. Also, utilizing automated systems can assist companies to detect outliers who might be possible insider threats. Most automated systems use machine learning to learn user behaviors and raise alerts if normal behavior deviates.

https://support.alertlogic.com/hc/en-us/articles/360042022971-Understanding-Insider-Threats
</td></tr>
<tr><td>comparing actual behavior to the model of legitimate behavior; and</td><td>

The accused instrumentality practices comparing actual behavior (e.g., malicious behavior of the incoming request) to the model of legitimate behavior (e.g., normal user behavior).

As shown below, the accused instrumentality is a threat detection system that uses machine learning, cloud-based analytics to detect threats such as SQL injection. When a request passes through the web application, the accused instrumentality inspects the network traffic to detect malicious SQL code embedded in user inputs. It utilizes agents to collect incoming traffic from web applications. Further, it analyses requests that contain free-form external data, such as user input in form fields. The accused instrumentality learns user behavior wherein the incoming network traffic is compared against normal user behaviour, patterns,
</td></tr>
</table>

etc. When the invoked execution function deviates from normal behaviour, the accused instrumentality identifies the request as a threat.




https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection




https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf

# About security content

Security value starts with the data that Alert Logic can collect in your environment. For more information on configuring data collection for you environment, see Get Started with Alert Logic Deployments.

Security content is the rule-based, anomaly detection, and machine-learning processing that Alert Logic performs on the activity and logs collected from your environment. The first stage of the security analytics pipeline is either parsing (for log telemetry) or IDS signature matching (for network traffic telemetry). For more information on the first stage of processing for each telemetry type, see Log telemetry security content: log parsers or Network IDS telemetry security content: IDS signatures.

https://docs.alertlogic.com/analyze/threat-intelligence-center.htm

| | |
|---|---|
| | **Network IDS telemetry security content: IDS signatures**<br><br>Network traffic is the machine-to-machine activity to and from your environment, and it is monitored by the Network IDS appliance. Network activity, unlike log messages, is governed by internet standards, including TCP/IP, HTTP, HTTPS, DNS, and many others. Therefore, suspicious activity can be identified by looking for patterns in the traffic, commonly known as "signature" network patterns. IDS signatures recognize a specific type of activity to generate events. Analytics can evaluate these events to generate incidents and observations.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm<br><br>**Analysis of security content: analytics**<br><br>An Alert Logic analytic refers to content that uses telemetry data derived from parsed logs or IDS signatures to evaluate activity to generate incidents or observations. An analytic can help detect one or more specific threats, and threats can require one or more analytics to detect.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm |

| | |
|---|---|
| | **Alert Logic Threat Detection for Web Applications**<br>FOLLOW<br>With the rapid rise of web application attacks, which are now the number one source of data breaches, securing web applications is a challenge. Alert Logic® is invested in continuously improving our ability to detect these types of attacks with high confidence to help you address this challenge.<br>To provide effective detection of these complex attacks, Alert Logic invests in three main capabilities for Alert Logic Cloud Defender™.<br>• Detecting attacks against known vulnerabilities through our network intrusion detection system (IDS)<br>• Inspecting HTTP requests and responses to provide deep HTTP inspection with anomaly detection<br>• Detecting multi-stage SQL-injection (SQLi) attacks using machine learning<br>https://support.alertlogic.com/hc/en-us/articles/115002765023-Alert-Logic-Threat-Detection-for-Web-Applications<br>**Why We Focus on SQL-Injection Attacks**<br>SQLi is an exploit in which the attacker adds unexpected Structured Query Language (SQL) code to an input parameter of a web request, such as through a web form box intended for users to input search terms. The goal of this exploit is to gain unauthorized access to the application's database, where data may be exfiltrated or changed.<br>These attacks are relatively easy for attackers to perform due to the ease of attack and abundance of sample exploits and tools. This makes them one of the most prevalent and successful forms of web application attacks. Further, detection of SQLi attacks is extremely noisy, so it is easy to miss successful attacks and hard to identify an attacker's goal. When an attack is successful, attackers have immediate access to potentially sensitive data in your application all at once.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **How Our Machine Learning Works**<br><br>Machine learning is a discipline that enables computers to learn without being programmed. It leverages large volumes of data to help the computers understand patterns and make decisions. Alert Logic leverages a machine learning technique called supervised learning to add value to the Cloud Defender service. We use the following process to leverage machine learning techniques at Alert Logic.<br><br>1. Our data scientists curate and label the high volume of security data and machine telemetry that we collect from our customers. This serves as training data for the machine learning algorithms to produce high confidence security outcomes.<br><br>2. Our cloud-based application security experts and SOC analysts guide the data scientists and help confirm and improve the findings.<br><br>3. Our production engineering team develops scalable, production-quality detection for the techniques that our data scientists develop.<br><br>4. We have a continuous feedback loop with our SOC team that evaluates and improves our algorithms on an ongoing basis.<br><br>Each part of our supervised machine learning is closely linked. Collecting high-quality, consistent data is critical. If the data is noisy, the system will train incorrectly and produce bad results. Once the algorithm is trained, the real-world data is measured and collected using own sensors in customer environments.<br><br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **Identifying Insider Threats**<br>**Monitoring Interactions with Data**<br>Continuously monitoring insider communications and how they interact with data can help spot insider threats. Insiders often exhibit a change of normal patterns in relation to communicating and data interaction once they become a threat. Monitoring interactions identifies behavioral red flags in specific users. For instance, a user who suddenly shows interest in company financial data but works in the HR department can be an indicator of an insider threat. Also, utilizing automated systems can assist companies to detect outliers who might be possible insider threats. Most automated systems use machine learning to learn user behaviors and raise alerts if normal behavior deviates.<br>https://support.alertlogic.com/hc/en-us/articles/360042022971-Understanding-Insider-Threats |
| generating an alert when the actual behavior deviates from the model of legitimate behavior and validating whether the deviation of the actual behavior is due to one or more functions that accept external input, by a collector server. | The accused instrumentality practices generating an alert (e.g., triggering an alert when a threat is detected) when the actual behavior (e.g., malicious behavior of the incoming request) deviates from the model of legitimate behavior (e.g., normal behavior, etc.) and validating whether the deviation of the actual behavior (e.g., malicious behavior of the incoming request) is due to one or more functions (e.g., malicious SQL query) that accept external input (e.g., a user input from external sources such as attackers, etc.), by a collector server (e.g., Alertlogic Agent).<br><br>As shown below, the accused instrumentality is a threat detection system that uses machine learning, cloud-based analytics to detect threats such as SQL injection. When a request passes through the web application, the accused instrumentality inspects the network traffic to detect malicious SQL code embedded in user inputs. It utilizes agents to collect incoming traffic from web applications. Further, it analyses requests that contain free-form external data, such as user input in form fields. The accused instrumentality learns user behavior wherein the incoming network traffic is compared against normal user behaviour, patterns, etc. Thus, when the incoming network traffic from the web application deviates from the normal user behaviour, the accused instrumentality identifies the request as a threat and generates an alert. |

**What Data We Use**

The data used to train our machine learning is collected using our network intrusion detection capability that is part of your subscription. The detection algorithm runs daily against a multi-petabyte dataset aggregated across thousands of customers. It includes not only that day's network data, but also many weeks before that. Our training data spans weeks from each breach and contains activity from several stages, including reconnaissance, command & control, and database enumerations, allowing it to identify attacks over time.

https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection




https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf

| | |
|---|---|
| | **Do I need an Alert Logic appliance to collect threat traffic?**<br><br>FOLLOW<br><br>Yes, an Alert Logic® appliance is required for a customer to collect threat traffic. Alert Logic appliances are able to collect network traffic either directly from a span (mirrored) port from a network switch or from Alert Logic **agents**, which can be deployed on any host that you wish to protect.<br><br>In the case of span ports, network traffic can only be sent to an appliance that is sitting locally to the network switch. Similarly, agents can only send network traffic to a local appliance.<br><br>https://support.alertlogic.com/hc/en-us/articles/115003528927-Do-I-need-an-Alert-Logic-appliance-to-collect-threat-traffic<br><br>**Assign Protected Hosts to an Appliance in the Same Location**<br><br>Assigning Protected Hosts to an IDS appliance that is in a separate geographic location is problematic. The role of an agent is to duplicate traffic it collects from a host and send a copy of that traffic to the IDS appliance. The appliance will then analyze the traffic locally, and for any portion of the traffic that matches a signature from our database, it will create an event. These events get transported to the Alert Logic backend.<br><br>https://support.alertlogic.com/hc/en-us/articles/360031230712-Configuring-Intrusion-Detection-Systems |

| | |
|---|---|
| | Alert Logic utilizes agents within our network intrusion detection system (IDS) and log management services as the means of collecting host information from our customers and clients. The agents copy only the necessary information and send it back to Alert Logic for analysis. In the simplest terms, agents are the means that our network IDS and log management services use to collect data and logs about network activity taking place within your protected environments.<br><br>The network IDS aspect of the agent binds to the network interface of the machine on which the agent has been installed and collects copies of the network traffic sent to and from the host.<br><br>The log management aspect of the agent collects logs from host machines where the agent is installed. It is integral to the usefulness of both services that agents are installed on your host machines. Without agents, you are potentially limiting Alert Logic's view into your cloud environment.<br>https://support.alertlogic.com/hc/en-us/articles/219982268-How-the-Alert-Logic-Agent-Works<br><br>Alert Logic<br>Managed Detection and Response<br>SIGN IN CREATE A TICKET<br>Alert Logic Support Center / Feature Education / General<br>Search the Support Center<br>**Articles in this section**<br>About the Alert Logic Status Page<br>Agent Container for AWS Deployments<br>Alert Logic and Diffie-Hellman<br>Alert Logic Cloud Defender Role-Based Permissions<br>Alert Logic Console Domain and URL Consolidation<br><br>**How Cloud Defender's Machine Learning Improves Web Detection**<br>FOLLOW<br>Alert Logic® Cloud Defender™ uses machine learning to achieve high accuracy in detecting multi-stage SQL-injection (SQLi) attacks on web applications.<br><br>A typical SQLi attack is performed through repeated trial and error by the attacker and can cover a long period of time. From a detection perspective, this creates a lot of noise and makes it difficult to identify successful attacks using traditional methods. With Cloud Defender's machine learning capability, successful attacks are identified with 97% accuracy, providing you with confidence in incident creation.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |




https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf

# About security content

Security value starts with the data that Alert Logic can collect in your environment. For more information on configuring data collection for you environment, see Get Started with Alert Logic Deployments.

Security content is the rule-based, anomaly detection, and machine-learning processing that Alert Logic performs on the activity and logs collected from your environment. The first stage of the security analytics pipeline is either parsing (for log telemetry) or IDS signature matching (for network traffic telemetry). For more information on the first stage of processing for each telemetry type, see Log telemetry security content: log parsers or Network IDS telemetry security content: IDS signatures.

https://docs.alertlogic.com/analyze/threat-intelligence-center.htm

| | |
|---|---|
| | **Network IDS telemetry security content: IDS signatures**<br>Network traffic is the machine-to-machine activity to and from your environment, and it is monitored by the Network IDS appliance. Network activity, unlike log messages, is governed by internet standards, including TCP/IP, HTTP, HTTPS, DNS, and many others. Therefore, suspicious activity can be identified by looking for patterns in the traffic, commonly known as "signature" network patterns. IDS signatures recognize a specific type of activity to generate events. Analytics can evaluate these events to generate incidents and observations.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm<br><br>**Analysis of security content: analytics**<br>An Alert Logic analytic refers to content that uses telemetry data derived from parsed logs or IDS signatures to evaluate activity to generate incidents or observations. An analytic can help detect one or more specific threats, and threats can require one or more analytics to detect.<br>https://docs.alertlogic.com/analyze/threat-intelligence-center.htm |

| | |
|---|---|
| | **Alert Logic Threat Detection for Web Applications**<br><br>FOLLOW<br><br>With the rapid rise of web application attacks, which are now the number one source of data breaches, securing web applications is a challenge. Alert Logic® is invested in continuously improving our ability to detect these types of attacks with high confidence to help you address this challenge.<br><br>To provide effective detection of these complex attacks, Alert Logic invests in three main capabilities for Alert Logic Cloud Defender™.<br><br>• Detecting attacks against known vulnerabilities through our network intrusion detection system (IDS)<br>• Inspecting HTTP requests and responses to provide deep HTTP inspection with anomaly detection<br>• Detecting multi-stage SQL-injection (SQLi) attacks using machine learning<br><br>https://support.alertlogic.com/hc/en-us/articles/115002765023-Alert-Logic-Threat-Detection-for-Web-Applications |

| | |
|---|---|
| | **How Our Machine Learning Works**<br><br>Machine learning is a discipline that enables computers to learn without being programmed. It leverages large volumes of data to help the computers understand patterns and make decisions. Alert Logic leverages a machine learning technique called supervised learning to add value to the Cloud Defender service. We use the following process to leverage machine learning techniques at Alert Logic.<br><br>1. Our data scientists curate and label the high volume of security data and machine telemetry that we collect from our customers. This serves as training data for the machine learning algorithms to produce high confidence security outcomes.<br><br>2. Our cloud-based application security experts and SOC analysts guide the data scientists and help confirm and improve the findings.<br><br>3. Our production engineering team develops scalable, production-quality detection for the techniques that our data scientists develop.<br><br>4. We have a continuous feedback loop with our SOC team that evaluates and improves our algorithms on an ongoing basis.<br><br>Each part of our supervised machine learning is closely linked. Collecting high-quality, consistent data is critical. If the data is noisy, the system will train incorrectly and produce bad results. Once the algorithm is trained, the real-world data is measured and collected using own sensors in customer environments.<br><br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection |

| | |
|---|---|
| | **Identifying Insider Threats**<br>**Monitoring Interactions with Data**<br>Continuously monitoring insider communications and how they interact with data can help spot insider threats. Insiders often exhibit a change of normal patterns in relation to communicating and data interaction once they become a threat. Monitoring interactions identifies behavioral red flags in specific users. For instance, a user who suddenly shows interest in company financial data but works in the HR department can be an indicator of an insider threat. Also, utilizing automated systems can assist companies to detect outliers who might be possible insider threats. Most automated systems use machine learning to learn user behaviors and raise alerts if normal behavior deviates.<br>https://support.alertlogic.com/hc/en-us/articles/360042022971-Understanding-Insider-Threats<br><br>https://www.alertlogic.com/assets/cloud-defender/CD_SolOv_AWS.pdf |

| | |
|---|---|
| | **Why We Focus on SQL-Injection Attacks**<br><br>SQLi is an exploit in which the attacker adds unexpected Structured Query Language (SQL) code to an input parameter of a web request, such as through a web form box intended for users to input search terms. The goal of this exploit is to gain unauthorized access to the application's database, where data may be exfiltrated or changed.<br><br>These attacks are relatively easy for attackers to perform due to the ease of attack and abundance of sample exploits and tools. This makes them one of the most prevalent and successful forms of web application attacks. Further, detection of SQLi attacks is extremely noisy, so it is easy to miss successful attacks and hard to identify an attacker's goal. When an attack is successful, attackers have immediate access to potentially sensitive data in your application all at once.<br>https://support.alertlogic.com/hc/en-us/articles/115002615046-How-Cloud-Defender-s-Machine-Learning-Improves-Web-Detection<br><br>**WordPress wp-db.php SQL Injection Attack**<br><br>FOLLOW<br><br>A SQL injection (SQLi) vulnerability in wp-includes/query.php in WordPress 2.3.1 and earlier versions allows remote attackers to execute arbitrary SQL commands via the s parameter.<br><br>**Exploitation**<br><br><br><br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack |

| | |
|---|---|
| | **Stages**<br><br>1. The attacker sends a series of requests to the web application running the vulnerable MySQL server that are exploitable to SQLi.<br>2. The malicious SQLi is inserted into a query and run against the database.<br>3. The vulnerable web application returns a password hash or other information to the attacker.<br><br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack<br><br>**Alert Logic Coverage**<br><br>Alert Logic® has evaluated its customer base for exposure to the exploit and has developed signatures for mitigating the threat depending on the security service in place.<br><br>The Network-Based Intrusion Detection System (IDS) has been updated with the new signatures for this exploit when detected via Alert Logic Threat Manager™. If this signature is detected, an incident is generated in the Alert Logic console.<br><br>Detection of this threat is provided via Alert Logic ActiveWatch™ for the Web Security Manager™ service. Depending on your deployment of Web Security Manager, you will receive an incident (for out-of-band deployment) or the threat will be actively blocked and rejected (for the inline Web Security Manager Premier deployment) if an exploit attempt is observed.<br><br>https://support.alertlogic.com/hc/en-us/articles/115004141626-WordPress-wp-db-php-SQL-Injection-Attack |

| | |
|---|---|
| | **Incidents**<br><br>The Alert Logic console displays information about incidents, how to use that information to manage and close incidents, and how to secure your environments. An incident includes one or more suspicious events that require attention to maintain your security posture, achieve regulatory compliance, or both. Alert Logic generates incidents from multiple detection sources, and then organizes the incidents by threat level and MITRE type.<br>https://docs.alertlogic.com/analyze/incidents.htm?tocpath=Analyze%7CIncidents%7C_____0<br><br>**Incident Notifications**<br><br>The Notifications feature in the Alert Logic console can alert you, other subscribed users, or a third-party application when incidents occur that meet specific criteria. Notifications to a third-party application require a templated connection.<br>https://docs.alertlogic.com/configure/notifications/incident.htm |

| | |
|---|---|
| | 4. (Optional) If you want to receive notifications for non-escalated incidents, turn off **Escalated Incidents**. By default, **Escalated Incidents** is selected, which means Alert Logic will only send notifications for incidents that have been escalated based on the severity and validity of the incident. Alert Logic recommends that you leave this setting turned on to focus your notifications on escalated incidents.<br>5. (Optional) Under **Threat Levels**, select one or more incident threat levels for which you want to receive notifications.<br>https://docs.alertlogic.com/configure/notifications/incident.htm |